IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DENNIS LEWIS, MARK SELVAGGIO, MARY SELVAGGIO, ANTHONY SELVAGGIO, GARY NEVINS, MICHELE NEVINS, JAMES R. SCHUETT, HARRY ALTON, DORIS ALTON, BERNIE MYLER, LINDA MYLER, JAMES HAUSMAN, and STEVEN E. MORGAN<br><br>*On behalf of themselves and all others similarly situated,*<br><br>           Plaintiffs<br><br>   v.<br><br>JOHN MICHAEL STRAKA, DONALD STRAKA, STEVEN KLITZING, DONALD M. TRILLING, DEAN M. KATSAROS, W. SCOTT BLAKE, HOWARD E. ZIMMERMAN, NORMAN E. BAKER, JOSE ARAUJO and CIB MARINE BANCSHARES, INC.,<br><br>           Defendants. | Case No. 05-cv-1008 (LA)<br><br>Judge Lynn Adelman |

### JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and in accordance with the Court's prior order of preliminary approval, Lead Plaintiff Dennis Lewis and plaintiffs Mark Selvaggio, Mary Selvaggio, Anthony Selvaggio, Gary Nevins, Michelle Nevins, James R. Schuett, Doris Alton, Bernie Myler, Linda Myler, James Hausman, and Steven E. Morgan (collectively "Plaintiffs") and CIB Marine Bancshares, Inc. ("CIB"), J. Michael Straka, Donald Straka, Steven Klitzing, Donald M. Trilling, Dean M. Katsaros, W. Scott Blake, Howard E. Zimmerman, Norman E. Baker, and the Estate of Jose Araujo (collectively "Defendants") move

for final approval of the class action settlement reached in this matter . In support of this motion, the parties state as follows:

1. On September 30, 2008, this Court entered an order preliminarily approving a settlement of this securities class action that had been reached by the parties following a settlement conference held before this Court (the "Preliminary Approval Order"). (Doc. 277) The Preliminary Approval Order directed that notice be mailed to all identifiable members of the preliminarily-certified Settlement Class by October 3, 2008, and provided that Settlement Class members would have until November 14, 2008 to submit any objections to the settlement or to seek to exclude themselves from the Settlement Class.

2. As is set forth in Plaintiffs' Memorandum In Support of Final Approval of Class Action Settlement and its supporting affidavits, the notice required by the Preliminary Approval Order has been provided, including mailed notice to over 1,200 potential members of the Settlement Class. The response has been overwhelmingly favorable. A total of five requests for exclusion have been received – only one of which comes from a member of the Settlement Class. Only one objection has been filed and, as is set forth in the Response to Objection filed herewith by CIB with the consent of all parties, the parties do not object to the modification of the previously-submitted Proposed Order Approving Class Settlement and Final Judgment requested by the objector.

3. The parties are in agreement that the settlement and Plan of Allocation should be approved as fair, reasonable, and adequate and that the Settlement Class should be finally certified for purposes of effectuating the settlement of this action.

WHEREFORE, the parties jointly request that this Court finally approve the class action settlement and Plan of Allocation preliminarily approved by the Court, finally certify the Settlement Class previously certified on a preliminary basis for settlement purposes, and enter the Amended Proposed Order Approving Class Settlement and Final Judgment as submitted by defendants.

Dated: November 21, 2008

Respectfully submitted,

s/ Daniel J. Pope
**Daniel J. Pope**
Phebus & Koester
136 W Main St
Urbana, IL 61801
Lead Counsel and
Counsel for Plaintiffs Dennis Lewis, Mark Selvaggio, Mary Selvaggio, Anthony Selvaggio, Gary Nevins, Michelle Nevins, James R. Schuett, Doris Alton, Bernie Myler, Linda Myler, James Hausman, and Steven E. Morgan

s/ John C. Martin
**Allan Horwich**
**Heidi Dalenberg**
**John C. Martin**
Schiff Hardin LLP
6600 Sears Tower
233 South Wacker Dr.
Chicago, IL 60606
Counsel for Defendant
CIB Marine Bancshares, Inc.

s/ Richard T. Greenberg
**Richard T. Greenberg**
**Angelo M. Russo**
McGuireWoods LLP
77 W Wacker Dr - Ste 4100
Chicago, IL 60601-1815
Counsel for Defendant Donald Straka

s/ Cristina D. Hernandez-Malaby
**Cristina D. Hernandez-Malaby**
**W. Stuart Parsons**
**Natalie G. Maciolek**
Quarles & Brady LLP
411 E Wisconsin Ave - Ste 2040
Milwaukee, WI 53202-4497
Counsel for Defendants Donald M. Trilling, W. Scott Blake, Howard E. Zimmerman, Norman E. Baker and for the Estate of Jose Araujo

<div style="display: flex;">

<div>

s/ David W. Goewey
**David W. Goewey**
**Mara B. Zusman**
Venable LLP
Terrell Place
575 7th St NW
Washington, DC 20004-1601
Counsel for Defendant John Michael Straka

</div>

<div>

s/ Bennett W. Lasko
**Bennett W. Lasko**
**Justin O. Kay**
Drinker Biddle & Reath LLP
191 N Wacker Dr - Ste 3700
Chicago, IL 60606-1698
Counsel for Defendant Dean M. Katsaros

</div>

</div>

s/ Howard A. Pollack
**Howard A. Pollack**
**John L. Kirtley**
Godfrey & Kahn SC
780 N Water St
Milwaukee, WI 53202-3590
Counsel for Defendant Steven Klitzing

N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DENNIS LEWIS et al<br><br>*On behalf of themselves and all others similarly situated,*<br><br>       Plaintiffs<br><br>   v.<br><br>JOHN MICHAEL STRAKA et al.<br><br>       Defendants. | Case No.  05-cv-1008 (LA)<br><br>Judge Lynn Adelman |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2008, the undersigned counsel caused to be electronically filed the attached Joint Motion for Final Approval of Class Action Settlement with the Clerk of Court using the CM/ECF system which will send notification of such to all persons on the attached service list.

 

/s John C. Martin
John C. Martin
***Attorney for Defendant CIB Marine Bancshares, Inc.***
SCHIFF HARDIN LLP
6600 Sears Tower, 233 South Wacker Drive
Chicago, IL  60606-6473
Phone:   (312) 258-5500
Fax:       (312) 258-5600
E-mail:
jmartin@schiffhardin.com

# SERVICE LIST

Joseph W. Phebus
Daniel J. Pope
Phebus & Koester
136 W Main St
Urbana, IL 61801
Email:  jwphebus@phebuslaw.com
        dpope@phebuslaw.com

James W. Gardner
Peggy A. Lautenschlager
Douglas J. Phebus
Lawton & Cates SC
10 E Doty St - Ste 400
PO Box 2965
Madison, WI 53701-2965
Email:  jgardner@lawtoncates.com
        plautenschlager@lawtoncates.com
        dphebus@lawtoncates.com

Thomas Leiter
Samuel B. Zabek
The Leiter Group
309A Main St
Peoria, IL 61602
Email:  tleiter@leitergroup.com
        szabek@leitergroup.com

Kristi L. Browne
The Patterson Law Firm
33 N LaSalle St
Chicago, IL 60602
Email:  kbrowne@pattersonlawfirm.com

Howard A. Pollack
John L. Kirtley
Godfrey & Kahn SC
780 N Water St
Milwaukee, WI 53202-3590
Email:  hpollack@gklaw.com
        jkirtley@gklaw.com

Richard T. Greenberg
Angelo M. Russo
McGuireWoods LLP
77 W Wacker Dr - Ste 4100
Chicago, IL 60601-1815
Email:  rgreenberg@mcguirewood.com
        arusso@mcguirewoods.com

W. Stuart Parsons
Cristina D. Hernandez-Malaby
Natalie G. Maciolek
Quarles & Brady LLP
411 E Wisconsin Ave - Ste 2040
Milwaukee, WI 53202-4497
Email:  wsp@quarles.com
        chernand@quarles.com
        natalie.maciolek@quarles.com

David W. Goewey
Mara B. Zusman
Venable LLP
Terrell Place
575 7th St NW
Washington, DC 20004-1601
Email:  dwgoewey@venable.com
        mbzusman@venable.com

Bennett W. Lasko
Justin O. Kay
Drinker Biddle & Reath LLP
191 N Wacker Dr - Ste 3700
Chicago, IL 60606-1698
312-569-1174
Fax: 312-569-3174
Email: Bennett.lasko@dbr.com
       Justin.kay@dbr.com

Pamela G. Smith
Theresa L. Davis
Katten Muchin Rosenman LLP
525 West Monroe Street, Suite 1900
Chicago, IL 60661-3693
(312) 902-5200
(312) 902-1061
Email: Pamela.smith@kattenlaw.com
       Theresa.davis@kattenlaw.com