UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENNIS LEWIS, et. al., )
)
Plaintiffs, )
)
vs. ) No. 05-1008
)
JOHN MICHAEL STRAKA et al.; )
)
Defendants. )

## STIPULATION

COME NOW Plaintiffs, by lead class counsel, Joseph W. Phebus, and Howard Neuger, general counsel on behalf of Marine Bank, Springfield, and hereby stipulate that Marine Bank, Springfield Claim Nos. 97471254 and 97471253 have been settled in full for $175,000.00 and request the Court for an Order approving this settlement.

Date: July 21, 2009

JOSEPH W. PHEBUS
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801

HOWARD NEUGER
MARINE BANK,
SPRINGFIELD
3120 Robbins Road
Springfield, Illinois 62704

DANIEL J. POPE
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
(217) 337-1400

F:\DOCS\JOE\LEWIS\Wisconsin Lewis v. Straka\Stipulation.doc

# CERTIFICATE OF SERVICE

I, JOSEPH W. PHEBUS, hereby certify that on this 30th day of July, 2009, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Samuel Benjamin Zabek**
LEITER GROUP
309-A Main Street
Peoria, Illinois 61602
Email: szabek@leitergroup.com
*Represents Plaintiffs*

**Douglas J. Phebus**
**Peggy A. Lautenschlager**
LAWTON & CATES
10 East Doty Street, Suite 400
P.O. Box 6925
Madison, Wisconsin 53701-2965
Email: dphebus@lawtoncates.com
Email: plautenshclager@lawtoncates.com
*Represents Plaintiffs*

and I hereby certify that I electronically served the document to the following non-CM/ECF participants on July 30, 2009:

**John and Mary Lydia Hadley**
P.O. Box 223
Champaign, Illinois 61824-0223

**Laura K. Grandy**
Attorney for John Hadley
Mathis, Marifian, Richter & Grandy
23 Public Square, Suite 300
P.O. Box 307
Belleville, Illinois 62220

**Nancy Gargula**
United States Trustee
U.S. Department of Justice
401 Main Street, Ste. 1100
Peoria, Illinois 61602

**Sabrina M. Petesch**
United States Department of Justice
Office of the United States Trustee
401 Main Street, Suite 1100
Peoria, Illinois 61602

**Daniel Lanterman**
Senior Vice President & Assistant General Counsel
Marine Bank of Springfield
3050 Wabash Avenue
Springfield, Illinois 62704

**Ryan S. Stippich**
Attorney for Marine Bank of Springfield
Reinhart Boerner Van Deuren
1000 North Water Street, Suite 1700
Milwaukee, Wisconsin 53202

s/ JOSEPH W. PHEBUS
JOSEPH W. PHEBUS
Attorney for Plaintiffs
PHEBUS & KOESTER
136 West Main Street
Urbana, Illinois 61801
Telephone: (217) 337-1400
Fax: (217) 337-1607
*jwphebus@phebuslaw.com*

F:\DOCS\JOE\LEWIS\Wisconsin Lewis v. Straka\stip cert svc.doc