UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENNIS LEWIS, et al.,

        Plaintiffs,

        v.                        Case No. 05-CV-1008

JOHN MICHAEL STRAKA, et al.,

        Defendants.

**ORDER**

Upon the stipulation entered into between Marine Bank, Springfield ("MBS") and lead class counsel, Joseph W. Phebus, on behalf of the class, which was filed with the Court on July 30, 2009 (Docket #309), it is hereby ordered that:

(1) Based upon the Court's review of the stipulation, the submissions of the parties with respect to MBS's objection to the supplemental report and revised distribution table (Docket Nos. 292, 293, 299, 307), and the several hearings on the matter, the settlement of MBS's disputed claims are fair and reasonable with respect to the class, and therefore the settlement is approved.

(2) MBS shall be paid $175,000 from the settlement fund established for the class based on the stipulation to settle the dispute related to MBS's claims, numbers 97471254 and 97471253.

(3) Lead class counsel shall cause the $175,000 to be distributed to MBS within 7 days of the entry of this order.

Dated at Milwaukee, Wisconsin, this 26 day of August, 2009.

/s_____
Hon. Lynn Adelman
District Judge